# IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:07CR196 |
| Roger Dale Trent | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on July 16, 2010 for a term of Life. Based on good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 13th day of October, 2011

_____
United States District Judge